UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(AT LONDON)

CIVIL ACTION NO. 6:07-cv-00434-DCR

RICHARD MCCRYSTAL                  PLAINTIFF

v.

KENTUCKY STATE POLICE; MARK RIDENER,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
JAMES MOORE, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY; AND UNKNOWN SUPERVISOR
FOR MARK RIDENER AND JAMES MOORE
INDIDUALLY AND IN HIS/HER OFFICIAL
CAPACITY                  DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Comes the plaintiff, by and through counsel, and moves this Court to dismiss any outstanding claims against the Kentucky State Police. Personal claims against defendants James Moore and Mark Ridener have been settled and all claims against Jack Miniard were previously dismissed. The Plaintiff does not wish to proceed against the Kentucky State Police.

Wherefore the plaintiff respectfully requests an Order Dismissing any remaining claims.

Respectfully submitted,

/s/ *JASON SCOTT KINCER*
Jason Scott Kincer
P.O. Box 3435
London, KY 40743

## CERTIFICATION

I hereby certify that all parties of record were seved via ECF on this the 24th day of April, 2009.

                                                          */S/ JASON SCOTT KINCER*